# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147174 & (28)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHAD DAVID CURTIS,
      Defendant-Appellant.

SC: 147174
COA: 314004
Barry CC: 12-000122-FH

_____/

      On order of the Court, the application for leave to appeal the May 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion to dismiss is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

h1216